FILED

13 JAN 14 PM 12:04

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:13-CR-30-T-35 MAP
42 U.S.C. § 1320a-7b(b)(1)(B)

NIMESH PATEL

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

From on or about January of 2009 and continuing through on or about June 3, 2011, in the Middle District of Florida, in Hernando and Pasco Counties,

NIMESH PATEL,

defendant herein, did knowingly and willfully solicit and receive remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for ordering, and arranging for and recommending the ordering, of a good, service, and item which had been paid for in whole and in part by a federal health care benefit program, that is, the Medicare Part B program.

All in violation of Title 42, United States Code, Sections 1320a-7b(b)(1)(B) and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Count One of this Information are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(7).

2. The defendant, Nimesh Patel, upon conviction of a violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B), shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

3. The property to be forfeited includes, but is not limited to, the following: a money judgment in the amount of $8,000.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

ROBERT E. O'NEILL
United States Attorney

By: ______________________________
Jay G. Trezevant
Assistant United States Attorney

______________________________
Thomas N. Palermo
Assistant United States Attorney

______________________________
Robert A. Mosakowski
Assistant United States Attorney
Chief, Economic Crimes Section